David WOLCOTT, individually and as Executor of the Estate of Albertha Wolcott, Deceased, Plaintiff-Appellant,

v.

Waldo HUTCHINS, Jr., Defendant-Appellee.

No. 274, Docket 32800.

United States Court of Appeals
Second Circuit.

Argued Jan. 7, 1969.

Decided Jan. 7, 1969.

Richard Steel, New York City, for plaintiff-appellant.

Samuel A. Berger, New York City (Rein, Mound & Cotton, Norman S. Rein and Eugene Wollan, New York City, on the brief), for defendant-appellee.

Before LUMBARD, Chief Judge, and MOORE and FRIENDLY, Circuit Judges.

PER CURIAM:

We affirm in open court for the reasons stated in Judge Mansfield's opinion reported at 280 F.Supp. 559 (S.D.N.Y. 1968).

Nina RAASS, Appellant,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Appellee.

No. 22213.

United States Court of Appeals
Ninth Circuit.

Jan. 6, 1969.

Milton T. Simmons and Donald L. Ungar, of Phelan, Simmons & Ungar, San Francisco, Cal., for appellant.

Cecil F. Poole, U. S. Atty., David R. Urdan, Chief Asst. U. S. Atty., Stephen Suffin, INS, San Francisco, Cal., Joseph Sureck, Regional Counsel, San Pedro, Calif., Ramsey Clark, Atty. Gen. of U. S., Washington, D. C., for appellee.

Before MERRILL, BROWNING and DUNIWAY, Circuit Judges.

PER CURIAM:

The identical issue here presented, upon substantially identical facts, was dealt with by this court in Bloomfield v. Immigration and Naturalization Service, 404 F.2d 656 [Dec. 19, 1968].

Upon the authority of that opinion the order of the Immigration and Naturalization Service denying application for change of status is

Affirmed.